UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **JERMAINE EPPS** | **CIVIL ACTION NO. 23-139-P** |
| **VERSUS** | **JUDGE HICKS** |
| **ANNA GARCIE** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Record Document 6) of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff Jermaine Epp's civil rights claims against Anna Garcie are **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that this action, insofar as it seeks the dismissal of charges and Plaintiff's immediate release from incarceration, is **DISMISSED WITHOUT PREJUDICE** for failing to state a claim for which relief may be granted pursuant to Section 1983.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 12th day of May 2023.

S. MAURICE HICKS, JR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT